**Order entered April 23, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

---

**No. 05-21-00123-CV**

---

**SAMUELS AND SONS, LLC, Appellant**

**V.**

**CAROLINE WILLIAMSON, MARY TUCKER, AND JACOB SHAPE,**
**Appellees**

---

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00796-D**

---

**ORDER**

The clerk's record in this case is overdue. By postcard dated February 26, 2021, we notified the Dallas County Clerk that the clerk's record was overdue. We directed the Dallas County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for or made arrangements to pay for the

record.  *We notify appellant that if we receive verification it has not paid for or made arrangements to pay for the record, we may, without further notice, dismiss the appeal.  See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to:

John Warren
Dallas County Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE